# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00300-CR

**Edmund Kahookele, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
## NO. 945141, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On May 1, 2007, Edmund Kahookele filed a pro se notice of appeal in this cause, a 1995 conviction for engaging in organized criminal activity. The notice of appeal is not timely. *See* Tex. R. App. P. 26.2. Further, the conviction was affirmed by this Court in *Kahookele v. State*, No. 03-04-00493-CR, 2006 Tex. App. LEXIS 4968 (Tex. App.—Austin June 9, 2006, pet. ref'd) (not designated for publication). The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed: August 3, 2007

Do Not Publish